**SO ORDERED.**

**SIGNED this 26 day of June, 2014.**

_____
**Stephani W. Humrickhouse**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: |
| Cindy Genwright | 13-00383-8-SWH |
| **DEBTOR** | **CHAPTER 13** |

O R D E R

The matter before the court is the motion to release funds filed by PNC Bank on April 21, 2014. The motion requests the release of funds in the amount of $5,764.56. The funds available for this creditor are $6,052.80. Accordingly, the court finds that the amount of $6,052.80 constituting unclaimed funds is declared due to PNC Bank, National Association, Attn: David L. Zive, 1600 Market Street, 28th Floor, Philadelphia, PA 19103 by reasons stated in the motion filed in this case. Pursuant to 28 U.S.C. § 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, shall pay this money to the order of the claimant.

**"End of Document"**